# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
      v.                     )    2:12-cr-098-MMD (RJJ)
                             )
LUIS FELIPE URIAS-CARDENAS,  )
                             )
            Defendant.       )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 12, 2012, defendant LUIS FELIPE URIAS-CARDENAS pled guilty to Count One of a One-Count Indictment charging him with being an Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5)(A). Criminal Indictment, ECF No. 1; Minutes of Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20.

This Court finds defendant LUIS FELIPE URIAS-CARDENAS agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Minutes of Change of Plea, ECF No. 19; Plea Memorandum, ECF No. 20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant LUIS FELIPE URIAS-CARDENAS pled guilty.

...

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), including:

      a. a Century Firearms International .308 caliber rifle bearing serial number G28048;

      b. a Romarm 7.62 X 39 mm rifle bearing serial number SAH074581;

      c. an Izhmash 7.62 X 39 mm rifle bearing serial number H09104071; and

      d. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of LUIS FELIPE URIAS-CARDENAS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

MICHAEL A. HUMPHREYS
Assistant United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

1 **PROOF OF SERVICE**

2     I, Ray Southwick, certify that the following individuals were served with a copy of the

3 Preliminary Order of Forfeiture on September 10, 2012, by the below identified method of

4 service:

5    CM/ECF

6    Rebecca A. Rosenstein
   Federal Public Defender
7    411 E. Bonneville Avenue
   Las Vegas, NV 89101
8    Rebecca_Rosenstein@fd.org
   Counsel for Luis Felipe Urias-Cardenas

                   /s/Ray Southwick
                   Ray Southwick
                   Forfeiture Support Associates Paralegal