# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,              )
                                     )
          v.                      )      2:12-CR-098-MMD-(RJJ)
                                     )
LUIS FELIPE URIAS-CARDENAS,          )
                                     )
          Defendant.              )

## FINAL ORDER OF FORFEITURE

On September 11, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant LUIS FELIPE URIAS-CARDENAS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant LUIS FELIPE URIAS-CARDENAS pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 19; Plea Memorandum, ECF No. 20; and Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 13, 2012, through October 12, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10  law:

   a. a Century Firearms International .308 caliber rifle bearing serial number G28048;
   b. a Romarm 7.62 X 39 mm rifle bearing serial number SAH074581;
   c. an Izhmash 7.62 X 39 mm rifle bearing serial number H09104071; and
   d. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __3rd__ day of __December__, 2012.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following |
| 3 | individuals were served with copies of the Final Order of Forfeiture on November 30, 2012, by the |
| 4 | below identified method of service: |
| 5 | CM/ECF: |
| 6 | Rebecca Rosenstein |
| 7 | Federal Public Defender<br>411 E. Bonneville Ave. Suite 250 |
| 8 | Las Vegas, NV 89101<br>Rebecca_Rosenstein@fd.org |
| 9 | Counsel for Luis Felipe Urias-Cardenas |
| 11 | /s/ Ray Southwick |
| 12 | Ray Southwick<br>Forfeiture Support Associates Paralegal |